UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NHAN VO,<br><br>              Plaintiff,<br><br>       v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>              Defendant. | Case No. 15-CV-02616-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Phillip Bather
Defendant's Attorney: Blake Russum

An initial case management conference was held on September 23, 2015.  A further case management conference is set for January 20, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by January 13, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Complete Mediation | December 18, 2015 |
| Further Case Management Conference | January 20, 2015 at 2:00 p.m. |
| Close of Fact Discovery | April 29, 2016 |

1

Case No. 15-CV-02616-LHK
CASE MANAGEMENT ORDER

| Last Day to File Dispositive Motions (one per side in the entire case) | Motion: July 29, 2016<br>Opposition: August 12, 2016<br>There will be no replies. |
|---|---|
| Hearing on Dispositive Motions | September 1, 2016 at 1:30 p.m. |
| Length of Hearing | 1 hour |

**IT IS SO ORDERED.**

Dated: September 23, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge